ACCEPTED
12-14-00365-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/23/2015 3:46:48 PM
CATHY LUSK
CLERK

## NO.   12-14-00365-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/23/2015 3:46:48 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **EDOM CORNER, LLC and** | § | **IN THE COURT** |
| **EARL A. BERRY, JR.** | § | |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **IT'S THE BERRYS, LLC d/b/a** | § | **TWELFTH APPELLATE** |
| **MARY ELLEN'S** | § | **DISTRICT** |

## MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Edom Corner, LLC and Earl A. Berry, Jr., Appellants in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellants' brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 294th Judicial District Court of Van Zandt County, Texas.

2.     The case below was styled *It's the Berrys, LLC d/b/a Mary Ellen's v. Edom Corner, LLC and Earl A. Berry, Jr.,* Cause No. 09-00138 in the 294th Judicial District Court of Van Zandt County, Texas.

3.     Judgment in favor of Plaintiff was entered by the Trial Court on October 14, 2014.   A Motion for New Trial was filed on November 6, 2014.

4.     Notice of appeal was given on December 29, 2014.

5.     The clerk's record was filed on February 24, 2015; the reporter's record was filed on February 11, 2015.

6.     The Appellants' brief is presently due on March 26, 2015.

7.     Appellants request an extension of time of thirty (30) days from the present date.

8.     No extension to file the brief has been received in this cause.

9.     Appellants rely on the following facts as good cause for the requested extension:

Appellants' attorney, Katherine A. Ferguson, has requested the record, but Appellant's attorney requests additional time to sufficiently analyze the material contained in the lower court proceedings to effectively prepare a brief in this case.

Appellants' attorney further shows that she was appointed to represent Brandon Paul Couch in Cause No. 5,354 styled *The State of Texas v. Brandon Paul Couch* in the 8th Judicial District Court of Rains County, Texas.   The Defendant was indicted for murder.   Jury selection began on March 23, 2015 and the trial is expected to last one week.   Murder is a first degree felony charge and Appellants' attorney had to spend the majority of time over the last month preparing for the jury trial on Mr. Couch's case.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other

and further relief as the Court may deem appropriate.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON, LLP

By:       /s/ Katherine A. Ferguson
          Katherine A. Ferguson
          (SBN 06918050)
2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Tel:   (903) 454-6050
Fax:   (903) 454-4898
Email:   rdflawoffice@yahoo.com
Lead Counsel for Appellants

## CERTIFICATE OF SERVICE

This is to certify that on March 23, 2014, a true and correct copy of the above

and foregoing document was served on the following by facsimile:

Larry M. Lesh, Esq.
1 Forest Park Drive
Richardson, Texas 75080
FAX:   (972) 699-1456

R. Paul Elliot, Esq.
301 S. Main St.
Canton, Texas 75103
FAX:   (903) 567-6228

                              /s/ Katherine A. Ferguson
                              Katherine A. Ferguson